## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN (Bay City)

| | |
|---|---|
| In re: | Case No. 23-20791-dob |
| Brian D Pierce | Chapter 7 |
| Debtor. | Hon. Daniel S. Opperman.BayCity |
| _____/ | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AND WAIVING THE PROVISION OF FRBP 4001(a)(3)

Movant, Specialized Loan Servicing LLC, by and through its attorneys, Trott Law, P.C., having filed a Motion For Relief From The Automatic Stay with respect to the property located at 5816 Windy Gyle, Midland, MI 48640-6945; and the approximate market value of the property is $450,000.00 according to Debtor's Schedule A/B; and as of August 9, 2023, the debt owing was approximately $442,812.95, and Movant may recover Movant's Attorney fees and costs for filing this Motion; and, after the mortgage has been satisfied, any surplus on the sale of this property shall be distributed pursuant to applicable law and procedures; and any deficiency on the sale of this property shall be treated as an unsecured debt; and the Court being in receipt of the Motion and Certificate of No Response, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the Automatic Stay is hereby terminated as to Movant with respect to the property located at 5816 Windy Gyle, Midland, MI 48640-6945 to allow Creditor to commence or continue its federal and/or state law rights to the property. In the event Creditor deems the property is physically abandoned by the debtor(s)/homeowner(s), or by consent of the debtor(s)/homeowner(s), Creditor may also seek to shorten the Michigan post foreclosure statutory redemption period. Movant and/or its successors and assigns may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement, deed in lieu of foreclosure/short sale or other loss mitigation solution. The Movant may contact the Debtor via telephone or written correspondence to offer such an agreement.

This Order is effective immediately upon entry by this Court notwithstanding the provision of FRBP 4001(a)(3). This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Bankruptcy Code.

**Signed on September 7, 2023**



**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**